UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE VEGETABLE
GROWERS ASSOCIATION, INC. ET AL.

    Plaintiffs,

v.

KATHLEEN HOCHUL ET AL.

Defendants.

Case No. 23-CV-1044

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs New York State Vegetable Growers Association, Inc.; A&J Kirby Farms, LLC; Porpiglia Farms, Inc.; Crist Bros Orchards, Inc.; Cahoon Farms, Inc.; and Lynn-Ette & Sons, Inc., hereby state that Plaintiffs have no parent corporations and that no publicly held corporation owns 10% or more of either Plaintiff's stock.

Dated: Buffalo, New York
October 2, 2023

Respectfully submitted,

/s/ Scott Allen
Scott S. Allen Jr., Esq.
LIPPES MATHIAS LLP
*Attorneys for Plaintiffs*
50 Fountain Plaza
Buffalo, New York 14202
(T) 716.853.5100
(E) sallen@lippes.com