AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23-CV-1044

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Wirenius, PERB

was received by me on *(date)*  10|3|23  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Sarah Pieper, Administrative Assistant who is

designated by law to accept service of process on behalf of *(name of organization)*  PERB

ESP Agency Bldg 2, Floors 18 & 20, Albany, New York  on *(date)*  10|3|23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10|3|23

_____
Server's signature

Caitlin Morse
Printed name and title

96 S Main St., Castleton-on-Hudson, NY 12033
Server's address

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                    [ Reset ]