AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sara G. Coleman, PERB**

was received by me on *(date)* **10/3/23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Sarah Rieper, Administrative Assistant** who is designated by law to accept service of process on behalf of *(name of organization)* **PERB** **ESP Agency Bldg 2, Fl 18 #20, Albany, NY** on *(date)* **10/3/23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/03/2023**

*Caitlin Morse*
Server's signature

**Caitlin Morse**
Printed name and title

**96 S Main Street, Castleton-on-Hudson, NY 12033**
Server's address

Additional information regarding attempted service, etc: